IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
| --- | --- |
| v. | * |
| | Criminal No.: DKC-19-0257 |
| | * |
| DAVID GOLLAHON | |
| | * |

* * * * * * * * * * * *

## **MOTION FOR REVIEW OF DETENTION BY AGREEMENT**

Now Comes, the defendant, David Gollahon, by his attorney Christopher J. Purpura, and respectfully requests pursuant to 18 U.S.C. 3145(b) that this Honorable Court schedule this matter for a Detention Hearing, and in support therefore, states as follows:

1. That on May 22, 2019, the defendant was charged by way of Indictment with Hobbs Act Robbery and related firearm offenses.

2. That on June 14, 2019, the defendant had an Initial Appearance.

3. That on June 14, 2019, the defendant consented to detention without prejudice.

4. The defendant now respectfully requests a detention hearing.

WHEREFORE, it is respectfully requested that this matter be set for a detention hearing at the Court's convenience.

                                                Respectfully submitted,

                                                /S/
                                                _____
                                                Christopher J. Purpura, Esquire
                                                8 E. Mulberry Street
                                                Baltimore, Maryland 21202
                                                410.727.8550
                                                cpurpura@purpuralaw.com

## **CERTIFICATE OF SERVICE**

I HERERBY certify that on this 22nd day of March, 2020, a copy of the foregoing was delivered by electronic mail to Assistant United States Attorney Paul Riley.

_____/s/_____
Christopher J. Purpura